IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD AND JOANN NUCKOLLS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:05CV307-T |
| ) | [WO] |
| FIDELITY AND GUARANTY LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION

Upon consideration of the Defendants' Motion to Strike Discovery, filed on 5 April 2005 (Doc. # 5), and for good cause, it is

ORDERED that the motion is GRANTED.  The parties may not commence their discovery until a Scheduling Order has been entered in this case.  Thus, plaintiff's discovery, filed with the complaint in state court, is hereby STRICKEN.  Plaintiff may propound discovery   - in fact the same discovery -   after the Rule 16 conference.

DONE this 18th day of April, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE